### 3673.   PATRICK v. SHIELDS & SUDDETH.

HILL, C. J.   1. Where suit was brought for the price of an engine sold un-
der verbal contract, and the evidence for the plaintiff showed that the
engine had been delivered to the buyer, who accepted and used it for
several months, the court did not err in charging that if this was true,
the contract was not within the statute of frauds. Civil Code (1910),
§ 3222, subsection 7.
2. Grounds in the motion for a new trial not verified will not be considered.
3. The evidence was in conflict on the only issue of fact, to wit, whether
the contract was one of sale or of rental, and the law applicable to this
issue was correctly charged.   The verdict will not be disturbed.
                                                *Judgment affirmed.*
                         DECIDED FEBRUARY 12, 1912.

Complaint; from city court of Jefferson—Judge Stark.   July
14, 1911.

*J. A. B. Mahaffey, John J. Strickland,* for plaintiff in error.
*P. Cooley,* contra.

---

### 3676.   McMICHEN v. BROWN.

POTTLE, J.   1. An agent to rent has no implied power to bind the land-
lord by a contract to pay a stipulated sum for improvements to be
made by the tenant.
2. One employed as attorney at law to collect a claim for rent can not
bind the landlord by a contract to pay for improvements made on the
rented premises.
3. A parol ratification by an owner of land of an unauthorized written
contract made by an agent, to pay a stipulated price for improvements
to be made on the land, will not be effective to bind the principal,
when the improvements were made before the ratification took place,
and the tenant has not acted on such ratification to his injury. *McCalla*
v. *American Freehold Co.,* 90 *Ga.* 113; *Palmer* v. *McNatt,* 95 *Ga.* 435
(1), 437.
4. Applying the foregoing principles to the facts of the present case, the
court did not err in directing a verdict in favor of the plaintiff in the
distress-warrant proceeding.                    *Judgment affirmed.*
                         DECIDED FEBRUARY 12, 1912.

Appeal; from Paulding superior court—Judge Price Edwards.
August 9, 1911.

*J. J. Northcutt,* for plaintiff in error.
*F. M. Richards,* contra.